NO. 07-06-0221-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



JUNE 15, 2006



______________________________


 

VONZETTE BROWN, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


_________________________________



FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;



NO. 2006-498,480; HONORABLE DRUE FARMER, JUDGE


_______________________________




Before REAVIS and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION


 Pending before this Court is appellant's motion to dismiss her appeal. Appellant and her
attorney both have signed the document stating that appellant withdraws her appeal. Tex. R.
App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. 
Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our
mandate will issue forthwith.

 Mackey K. Hancock

 Justice

Do not publish.



s. Without
passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate
Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at the request
of appellants, no motion for rehearing will be entertained, and our mandate will issue
forthwith.



 Brian Quinn

 Chief Justice